No. 340. N. A. MUNN ET AL., PETITIONERS, v. CLINTON REED; No. 341. N. A. MUNN ET AL., PETITIONERS, v. THE IBEX MINING COMPANY; No. 342. N. A. MUNN ET AL., PETITIONERS, v. THE IBEX MINING COMPANY; and No. 343. N. A. MUNN ET AL., PETITIONERS, v. THE IBEX MINING COMPANY. October 21, 1907. Petition for writs of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Edwin H. Park* and *Mr. T. J. O'Donnell* for petitioners. *Mr. Charles J. Hughes, Jr.*, and *Mr. Charles Cavender* for respondents.

---

No. 371. SECURITY MUTUAL LIFE INSURANCE COMPANY, PETITIONER, v. FREDERICK L. MICHAELSEN. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Frederic W. Jenkins* for petitioner. *Mr. J. M. Vale* for respondent.

---

No. 442. GEORGE G. WARE, PETITIONER, v. THE UNITED STATES. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. T. J. Mahoney* for petitioner. *The Attorney General* and *The Solicitor General* for respondent.

---

No. 453. THE BALTIMORE AND OHIO RAILROAD COMPANY, PETITIONER, v. JAMES B. McCUNE. October 21, 1907. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Robert J. Fisher* for petitioner. *Mr. James M. Martin* for respondent.

---

No. 455. WEEMS STEAMBOAT COMPANY OF BALTIMORE CITY, PETITIONER, v. PEOPLE'S STEAMBOAT COMPANY ET AL. Octo-